JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE DOYLE,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation dba SMITH'S FOOD AND DRUG,<br><br>Defendant. | Case No. 2:24-cv-01661-CDS-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**WHEREAS** all Parties and their respective counsel have agreed upon a full and final settlement of this case;

**IT IS HEREBY STIPULATED AND AGREED** by and between Jerry S. Busby, Esq. and Pooja Kumar, Esq. of the law firm COOPER LEVENSON, P.A. as counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC. and Bohden G. Cole, Esq. of the law firm PACIFIC WEST INJURY LAW as counsel of record for Plaintiff JACQUELINE DOYLE as follows:

1. That the claims herein of Plaintiff JACQUELINE DOYLE against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

//

//

2. That there is no trial date set for this case yet inasmuch as this case is still in the discovery phase.

**IT IS SO STIPULATED.**

DATED this 2nd day of June, 2025.
**PACIFIC WEST INJURY LAW**

/s/
_____
KRISTOPHER M. HELMICK, ESQ.
Nevada Bar No. 13348
KIRILL V. MIKHAYLOV, ESQ.
Nevada Bar No. 13538
BOHDEN G. COLE, ESQ.
Nevada Bar No. 15719
8180 Rafael Rivera Way, Suite 200
Las Vegas, Nevada 89113
(702) 602-4878
Attorneys for Plaintiff
Jacqueline Doyle

DATED this 2nd day of June, 2025.
**COOPER LEVENSON, P.A.**

/s/
_____
JERRY S. BUSBY, ESQ.
Nevada Bar No. 01107
POOJA KUMAR, ESQ.
Nevada Bar No. 12988
3016 West Charleston Boulevard, Suite 195
Las Vegas, Nevada 89102
(702) 366-1125
Attorneys for Defendant
Smith's Food & Drug Centers, Inc.

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
Cristina D. Silva
United States District Judge

Dated: June 3, 2025

2